FELIX LESK, Respondent, v. LONDON & LANCASHIRE INDEMNITY COMPANY OF AMERICA, Appellant. EDWARD TIMMS, Respondent, v. LONDON & LANCASHIRE INDEMNITY COMPANY OF AMERICA, Appellant.— In separate actions, which the parties have stipulated may be deemed to be consolidated, brought under section 109 of the Insurance Law (now section 167), order striking out defendant's answers and granting plaintiffs' motion for summary judgment, and judgments entered thereon, unanimously affirmed, with one bill of ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ. [173 Misc. 512.]

THOMAS F. MULLEN, an Infant, by JOHN J. MULLEN, as Guardian ad Litem, and JOHN J. MULLEN, Appellants, v. ELMHURST TAXI CORPORATION, Respondent.— In an action brought by the infant plaintiff to recover damages for personal injuries suffered through the alleged negligence of defendant in the operation of its taxicab on a public highway, and by the infant's father to recover damages for loss of services, judgment in favor of defendant dismissing the complaint, entered upon a jury verdict, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

OSCAR L. OBERG and AUGUSTA M. OBERG, Respondents, v. WILLIAM C. BEGG, Appellant.— Action for damages arising as a consequence of the collision of an automobile owned and operated by the defendant, and an automobile owned by plaintiff Oscar L. Oberg and operated by his son, at a crossover on a four-lane highway in Connecticut. Judgment for the plaintiffs for personal injuries and property damage and for loss of services unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswel , Adel and Close, JJ.